1 BESS M. BREWER, #100364
BREWER & MITCHELL, LLP
2 1023 H Street, Suite B5
Sacramento, CA 95814
3 Telephone: (916) 448-8600
Facsimile: (916) 448-8605
4
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. MARKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security<br>of the United States of America,<br><br>　　　　Defendant. | Case No. 04-2438 LKK CMK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |

21    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her memorandum of points and authorities in support of summary judgment is hereby extended from its current due date of January 31, 2006 to March 2, 2006. Attorney Bess M. Brewer recently replaced Ms. Mitchell as the attorney on this case and requires additional time.

26 / / / / /

27 / / / / /

28 / / / / /

*Marks v. Barnhart*, CIV-S-04-2438 LKK CMK    1

1  This is plaintiff's first request for an extension regarding her summary judgment.

2

3

4  Dated: January 25, 2006                               BREWER & MITCHELL, LLP

5

6                                                        By:  /s/ Bess M. Brewer
                                                         BESS M. BREWER
7                                                        Attorney at Law

8                                                        Attorney for Plaintiff

9
   Dated: January 25, 2006                               McGregor W. Scott
10                                                       United States Attorney

11
                                                         By:  /s/ Bobbie J. Montoya
12                                                       BOBBIE J. MONTOYA
                                                         Assistant U.S. Attorney
13
                                                         Attorney for Defendant
14

15

16

17                                    **ORDER**

18

19  APPROVED AND SO ORDERED.

20

21  DATED:   January 25, 2006.

22

23                                      _____
                                        **CRAIG M. KELLISON**
24                                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28

*Marks v. Barnhart*, CIV-S-04-2438 LKK CMK    2