1 | McGREGOR W. SCOTT
United States Attorney
2 | BOBBIE J. MONTOYA
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814-2322
4 | Telephone:  (916) 554-2700

5 | Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. MARKS, | CASE NO. 2:04-CV-02438-LKK-CMK |
| Plaintiff, | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO MAY 12, 1006 |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Defendant's time to respond to Plaintiff's motion for summary judgment in the above-referenced case is hereby extended from the present due date of April 12, 2006, by thirty days, to the new response date of May 12, 1006; and that all subsequent due dates under the Court's Scheduling Order shall be extended accordingly.  The extension is needed because Defendant has determined that a further review of this case is necessary.

    This is the first extension requested re Defendant's response to Plaintiff's motion for summary judgment.

Stip.& Order Ext. Def.'s Time - 2:04-02438                **1**

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 11, 2006         */s/ Bess M. Brewer*
                              BESS M. BREWER

                              Attorney for Plaintiff

DATED: April 11, 2006         McGREGOR W. SCOTT
                              United States Attorney

                         By:  */s/ Bobbie J. Montoya*
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant


OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

DONNA M. MONTANO
Assistant Regional Counsel

United States Social Security Administration

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA S. MARKS,

        Plaintiff,

v.

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

        Defendant.

CASE NO. 2:04-CV-02438-LKK-CMK

ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

     Pursuant to the stipulation of the parties, electronically filed *April 11, 2006*, showing good cause for a requested first extension of Defendant's time to respond to Plaintiff's motion for summary judgment, the request is hereby APPROVED.

     Defendant shall file her response on or before May 12, 1006.

     SO ORDERED.

DATED:  April 14, 2006

                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE

Stip.& Order Ext. Def.'s Time - 2:04-02438