```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DONNA M. MONTAÑO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA S. MARKS,<br><br>            Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CASE NO. 2:04-CV-02438-LKK-CMK<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Stip & Order of Remand (Sentence 4) - 04-02438

On remand the Administrative Law Judge (ALJ) will hold a new hearing and obtain the testimony of a medical expert to assist the ALJ to infer a disability onset date, as required by Ninth Circuit precedent. *See* SSR 83-20; *Morgan v. Sullivan*, 945 F.2d 1079, 1081-83 (9th Cir. 1991); *see also Armstrong v. Commr of SSA*, 160 F.3d 587, 590 (9th Cir. 1998) (when impairment is progressive in nature, it is mandatory for an ALJ to call on a medical advisor to assist in evaluating the evidence and inferring an onset date). Specifically, the ALJ should obtain testimony from the medical expert regarding whether the claimant may have been disabled prior to her date last insured of December 31, 1999.

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to *Shalala v. Schaefer*, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/ / /
/ / /
/ / /

Stip & Order of Remand (Sentence 4) - 04-02438

The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing counsel's signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: May 3, 2006         By:   /s/ Bess M. Brewer
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff

DATED: May 4, 2006               McGREGOR W. SCOTT
                                 United States Attorney
                                 BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney

                           By:   /s/ Bobbie J. Montoya for
                                 DONNA M. MONTAÑO
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

ORDER

This matter is remanded for further proceedings pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: May 9, 2006.        /s/Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           UNITED STATES DISTRICT JUDGE

Stip & Order of Remand (Sentence 4) - 04-02438